UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SPRING STREET COURTHOUSE

| | |
|---|---|
| RENEE MATTERA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BIOSURFACE ENGINEERING TECHNOLOGIES, INC., BIOMET ORTHOPEDICS, LLC, and JOHNSON & JOHNSON CORP.,<br><br>　　　　　　Defendants. | Case No. CV13-8991-R(SHx)<br><br>**JUDGMENT ON ORDER GRANTING BIOMET ORTHOPEDICS, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Action Filed: October 21, 2013<br><br>Honorable Manuel Real |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. CV13-8991-R (SHx)

Case 2:13-cv-08991-R-SH   Document 30   Filed 05/15/14   Page 2 of 2   Page ID #:296

On October 21, 2013, Plaintiff Renee Mattera filed a Complaint against BioSurface Engineering Technologies, Inc., Biomet Orthopedics, LLC ("Biomet"), and Johnson & Johnson Corp. in the Superior Court of California, Los Angeles. On December 5, 2013, Biomet removed Plaintiff's Complaint to this Court.

On December 11, 2013, Biomet filed a Motion to Dismiss Plaintiff's Complaint on the grounds that Plaintiff failed to state any viable claim for relief against Biomet. On February 5, 2014, this Court entered an order **GRANTING** Biomet's Motion to Dismiss with prejudice. *See* Order Granting Biomet Orthopedics, LLC's Motion to Dismiss, attached hereto as Exhibit 1.

Therefore, **IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 58, judgment shall be entered in Biomet's favor as to all claims asserted by Plaintiff.

DATED: MAY 15, 2015

Hon. Manuel Real
United States District Court Judge

Case No. CV13-8991-R (SHx)   - 1 -